01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:                                          )
                                                )
**Zuric Builders, LLC-5321North Lincoln-2D**    )
                                                )       Case No.  **14-09929**
                                                )
            Debtor(s)                           )       Chapter **11**

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re:   <u>SchedulesA  B C G H  IJ,  Statement of Fianancial</u>
      (Affairs, Document)
      (Specify Document)

      I(We) **Branislav Zuric** the undersigned individual(s), hereby declare under penalty of perjury that I(we) have reviewed the **SchedulesA  B C G H  IJ,  Statement of Fianancial Affairs,** being filed simultaneously with this Declaration and that the information therein is true and correct.

**Branislav Zuric**
_____
Printed or Typed Name of Debtor or Other Person

**s/ Branislav Zuric**
_____
Signature of Debtor or Other Person

**4/1/14**
_____
Date