IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Branislav Zuric | ) | No. 14-05378 |
| | ) | |
| Debtor. | ) | Honorable Judge: Jacqueline P. Cox |
| | ) | |
| | ) | |
| In Re: | ) | Chapter 11 |
| | ) | |
| Zuric Builders LLC- 811 West Lawrence | ) | No. 14-09918 |
| | ) | |
| Debtor. | ) | Honorable Judge: Jacqueline P. Cox |
| | ) | |
| | ) | Chapter 11 |
| Zuric Builders LLC- 5760-5772 N. Lincoln | ) | |
| | ) | No. 14-09921 |
| | ) | Honorable Judge: Jacqueline P. Cox |
| | ) | |
| | ) | Chapter 11 |
| Zuric Builders LLC- 932 West Diversey | ) | |
| | ) | No. 14-09926 |
| | ) | Honorable Judge: Jacqueline P. Cox |
| | ) | |
| | ) | Chapter 11 |
| Zuric Builders LLC- 5321 North Lincoln 2D | ) | |
| | ) | No. 14-09929 |
| | ) | Honorable Judge: Jacqueline P. Cox |

**NOTICE OF MOTION**

**To: Attached Service List**

PLEASE TAKE NOTICE that on April 30, 2014 18, 2013 at 9:30 a.m.,., or a soon thereafter as Counsel may be heard I shall appear the Honorable Judge Jacqueline P. Cox in courtroom 680 of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois shall there and then present Debtors Motion For An Order Directing Joint Administration Of Their Related Chapter 11 Cases, a copy of which is attached to this Notice and hereby served upon you.

/s/O. Allan Fridman

CERTIFICATION OF SERVICE

I, O. Alan Fridman, an attorney, caused a copy of the Motion and this Notice to be served upon the attached addresses in the manner indicated and by ECF notification to registered parties, on this 23rd day of April, 2013.


/s/O. Allan Fridman

O. Allan Fridman
555 Skokie Blvd. Suite 500
Northbrook, IL 60062
847-412-0788 Attorney Code: 6274954

**ADDRESS LIST**

By ECF Filing and Mail:

Patrick S Layng,
Office of the U.S. Trustee
Region 11
219 S Dearborn St
Room 873
Chicago, Illinois 60604
USTPRegion11.MD.ECF@usdoj.gov

Denise DeLaurent
Trial Attorney
Office of the United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL  60603
Denise.DeLaurent@usdoj.gov

Jeffrey L. Gansberg
Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000
jgansberg@muchshelist.com

Jose G Moreno
Codilis & Associates
15W030 N Frontage Road
Suite 100
Burr Ridge, IL 60527
630 794-5300 Ext. 1131
nd-one@il.cslegal.com

By Mail and FAX

American Express
P.O. Box 981537
El Paso, TX  79998

Cach, Llc
4340 S Monaco, Second Floor
Denver, CO  80237

Calumet Felxicore
24 Marble Street
Hammond, IN 46327

Chase
PO Box 24696
Columbus, OH  43224

Citimortgage
PO Box 9438,DEPT 0251
Gaithersburg, MD  20898-9438

Enhanced Recovery Co
8014 Bayberry Rd
Jacksonville, FL  32256

FISHER SHAPIRO LLC
2121 WAUKEGAN 301
BANNOCKBURN IL, 60015

Gecrb/sams Club
4125 Windward Plaza

Alpharetta, GA  30005

Hsbc Bank
26525 North Riverwoods Blvd
Mettawa, IL  60045

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317

Jpmorgan Chase Bank
2000 Marcus Avenue
New Hyde Park, NY  11042

Law Office of Mary L
SFASCIOTTI
79 West Monroe
Suite 1215
Chicago, IL 60603

Nco Financial System
PO Box 17205
Wilmington, DE  19850

Northbrook Bank and Trust
1100 Waukegan Rd.
Northbrook, IL 60062

Ostojic & Scudder
332 South Michigan Avenue, Ste.
1000
Chicago, IL 60604

Semi Investment
2533 Poplar Ave
Evanston, IL 60201

State Farm Bank
Customer Service 003722347
One State Farm Plaza,  A-1
Bloomington, IL 61710

Us Bancorp
425 Walnut St
Cincinnati, OH  45202

Worsek & Vihon LLP
180 North LaSalle Street
Chicago, IL  60601

Wyndham Vacation Own
10750 W. Charleston Blvd
Ste 130
Las Vegas, NV  89135

CV Development
5481 W WIllson
Chicago, IL 60630

Drew Kelly And Elizabeth
Herzfeld

932 West Diversey
Apt 3
Chicago, Il

F& E Heating and Cooling
3312 W Bryn Mawr Ave
Chicago, IL  60659

Hair Cut City LLC
932 West Diversey
Chicago, Il
Chicago, Il

Highlight Electric
8100 W Balmoral Ave,
Chicago IL 60656

JASON WIETFELD
225 W Washington
Suite  2200
Chicago, IL 60606

Lorne T Saeks
Much Shelist PC
191 N Wacker Drive
Suite 1800
Chicago, IL 60606

Nate and kelly Riegler
932 West Diversey
Unit 2
Chicago, Il

Northbrook Bank and Trust
1100 Waukegan Rd.
Northbrook, IL 60062

Ryan C. Riemenschneider
932 West Diversey
Apt 4
Chicago, Il

LINCOLN AVENUE TER
FISCHEL & KAHN LTD
155 N WACKER DR#1950
CHICAGO IL, 60606
lexandar Samardzija
 5760-5772 N.  Lincoln
302
 Chicago IL  606

Bojan Arnautovic
 5760-5772 N.  Lincoln
401
 Chicago IL  606

Damian Dikanovic
 5760-5772 N.  Lincoln
Apt 202
 Chicago IL  606

Design Equipment Corporation
1510 Lunt Ave
Elk Grove Village, IL 60007

Fransisco Landaverde Jr
 5760-5772 N.
Lincoln  206
 Chicago IL  606

Gorge and Sandra Chirinos
 5760-5772 N.  Lincoln
305
 Chicago IL  606

Highlight Electric
8100 W Balmoral Ave,
Chicago, IL 60659

Jonah and Nino Ayos
 5760-5772 N.  Lincoln
306
 Chicago IL  606

Jose and Catherine Pasan
 5760-5772 N.  Lincoln
Apt 203
 Chicago IL  606

Justin and Justine Hampton
 5760-5772 N.  Lincoln
Apt 201
 Chicago IL  606

Liz Drady and Neal Sax
 5760-5772 N.  Lincoln
402
 Chicago IL  606
939 Il Route 83,
Grayslake, IL 60030

Melovina Vargas  Juliet Nonato
 5760-5772 N.  Lincoln
301
 Chicago IL  606

Michael Shin
 5760-5772 N.  Lincoln
205
 Chicago IL  606

N&DV Construction
5366 Sequoia COurt

Gurnee, IL 60031

Rodolfo Tarafa
 5760-5772 N.  Lincoln
304
 Chicago IL  606

Semi Investment
2533 Poplar Ave
Evanston, IL 60201

Sigma Salon and Spa
 5760-5772 N.  Lincoln
Chicago, IL 606

Tom Murphy & Ivette Murphy
 5760-5772 N.  Lincoln
403
 Chicago IL  606

Worsek & Vihon LLP
180 North LaSalle Street
Chicago, IL  60601

Zurich Beauty
 5760-5772 N.  Lincoln
 Chicago IL  606

Artiom Salushchau
811 West lawrence Ave
Unit 3
Chicago, IL

F& E Heating and Cooling
3312 W Bryn Mawr Ave
Chicago, IL  60659

Highlight Electric
8100 W Balmoral Ave,
Chicago, IL 60654

Jennifer Joanes
811 West lawrence Ave
Unit 1
Chicago, IL

Kimberly and Adam Hahn
811 West Lawrence Ave
Unit 2
Chicago, IL

S Z Plumbing
5605 N Courtland
Chciago, IL 60631

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Branislav Zuric | ) | No. 14-05378 |
| | ) | |
| Debtor. | ) | Honorable Judge: Jacqueline P. Cox |
| | ) | |

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Zuric Builders LLC- 811 West Lawrence | ) | No. 14-09918 |
| | ) | |
| Debtor. | ) | Honorable Judge: Jacqueline P. Cox |

| | | |
|---|---|---|
| | ) | Chapter 11 |
| Zuric Builders LLC- 5760-5772 N. Lincoln | ) | |
| | ) | No. 14-09921 |
| | ) | Honorable Judge: Jacqueline P. Cox |

| | | |
|---|---|---|
| | ) | Chapter 11 |
| Zuric Builders LLC- 932 West Diversey | ) | |
| | ) | No. 14-09926 |
| | ) | Honorable Judge: Jacqueline P. Cox |

| | | |
|---|---|---|
| | ) | Chapter 11 |
| Zuric Builders LLC- 5321 North Lincoln 2D | ) | |
| | ) | No. 14-09929 |
| | ) | Honorable Judge: Jacqueline P. Cox |

**DEBTORS' MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF
THEIR RELATED CHAPTER 11 CASES**

Branislav Zuric , Zuric Builders LLC- 811 West Lawrence, Zuric Builders LLC- 5760-5772

N. Lincoln, Zuric Builders LLC- 932 West Diversey and Zuric Builders LLC- 5321 North Lincoln

2D, debtors and debtors in possession (collectively, "Debtors"), move this Court ("Motion")

pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 1015-1(b)

("Bankruptcy Rules") for entry of an order directing the joint administration of the Debtors' chapter

11 cases. In support of this Motion, the Debtors respectfully state as follows:

2

**<u>Jurisdiction</u>**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. §157(b)(2). The statutory predicates for the relief requested herein are 11 U.S.C. § 101(2)(B) and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local rule 1015-1.

**Factual Background**

2. These cases were commenced when the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") on February 19, 2014 and March 19, 2014 (the "Petition Date").

3. Zuric Builders LLC is a series LLC the following entities and properties that the Zuric guaranteed:

    A. Zuric Builders LLC -811 West Lawrence Ave. The LLC owns the property located at 811 West Lawrence Ave, Chicago, IL 60640 consisting of a three story residential condominium building. This entity filed for relief on March 19, 2014 in case number 14-09918 in the Northern District of Illinois.

    B. Zuric Builders, LLC-5321North Lincoln-2D. This LLC owns single unit condominium located at 5321North Lincoln-2D, Chicago. This entity filed for relief on March 19, 2014 in case number 14-09929 in the Northern District of Illinois. The project consisted of 16 condominiums and four commercial units, all the units sold except for this last unit.

    C. Zuric Builders, LLC- 5760-5772 N. Lincoln. This LLC owns the property located at 5760-5772 N. Lincoln Chicago IL consisting of a commercial mixed use building with four commercial units and sixteen residential apartments. This entity filed for relief on March 19, 2014 in case number 14-09921 in the Northern District of Illinois.

1

     D. Zuric Builders, LLC - 932 West Diversey. This LLC owns the property located at 932 West Diversey, Chicago consisting of commercial mixed use building with one commercial unit and three residential apartments. This entity filed for relief on March 19, 2014 in case number 14-09926 in the Northern District of Illinois. The Debtor owns 50% percent of this LLC. The commercial unit is currently leased to a tenant with an option to buy in excess of $560,000 which the Lender has refused to allow the sale and recoding of the declaration of condominium.

     Collectively referred to as the "LLC properties".

4.     Zuric Builders LLC developed the LLC properties to be sold a condominium units. Primarily due to with the general real estate crisis of 2008 to 2010 the Debtor were unable to sell the units as potential buyers were unable to secure financing even with twenty to thirty percent down payments. The Debtor to preserve the properties rented the remaining condominium units and generated significant cash flow. In addition, in 2011 the Debtor lender refused to allow the recording of the declaration of condominium and sale of the commercial unit located at 932 Diversey. In 2009 the Debtor's lender the predecessor to Northbrook drained the Debtor accounts of approximately $300,000 thereby forcing the Debtor to stop development and construction projects. As a result of the general real estate crises and the lenders refusal to allow the condominiums documents to be recorder the Debtor became incapable of making mortgage payments on the Properties. Northbrook filed for foreclosure on the LLC properties and placed a receiver in place.

5.     During the real estate crisis, the Debtors expended all their reserves and borrowed funds to maintain the properties and pay real estate taxes. The Debtors Lender First Chicago drained operating accounts depleting the operating capital. The Debtor filed this Chapter 11 to preserve the rights for all creditors and allow him to restructure it loans.

**RELIEF SOUGHT**

6.      By this Motion, the Debtors respectfully request that this Court enter an order pursuant to Bankruptcy Rule 1015(b) and local rule 1015-1 directing the joint administration of the Debtors' chapter 11 cases.

7.      These chapter 11 cases involve the five affiliated Debtors. Most, if not all, of the motions, applications, and other pleadings that will be filed in these chapter 11 cases will relate to relief jointly sought by all of the Debtors. For this reason, the Debtors believe that the interests of the Debtors, their creditors, and other parties in interest would be best served by the joint administration of these chapter 11 cases. The joint administration of these cases will also ease the administrative burden on the Court by allowing the Debtors to be administered as a single joint proceeding rather than separate chapter 11 cases.

8.      In order to administer the Debtors' chapter 11 cases as efficiently as possible, such cases should be jointly administered under the case number assigned to Branislav Zuric Case No. 14-05378). The Debtors also respectfully request the Clerk of the Court maintain one file and one docket for all of the Debtors' chapter 11 cases.

**BASIS FOR RELIEF**

9.      Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by a debtor and an affiliate, "the Court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). In this case, both Holly is wholly owned by Pak.  Courts have held that where both Chapter 11 debtor and another corporation are both wholly owned by debtor's sole shareholder so that they are affiliates as defined in 11 USCS § 101(2). *In re Lettick Typografic, Inc.* (1989, BC DC Conn) 103 BR 32. The Debtors are therefore affiliates within the meaning of section 101(2) of the Bankruptcy Code and, accordingly, this Court has authority to grant the relief requested.

3

10.     The joint administration of these chapter 11 cases will promote efficiency and ease the administrative burden on the Court and all parties in interest. It will permit the Clerk of the Court to utilize a single docket for all of the cases, creating a centralized location for the numerous documents that are likely to be filed in these cases and orders entered by the Court. Joint administration also allows parties in interest to easily remain apprised of the matters before the Court.

11.     Joint administration of these chapter 11 cases will not prejudice or adversely affect the rights of the Debtors' creditors because the relief sought is purely procedural and is not intended to affect substantive rights. As these chapter 11 cases involve two Debtors, the joint administration will reduce the volume of paper that otherwise would be filed with the Clerk of this Court, will render the completion of various administrative tasks less costly, and will minimize the number of unnecessary delays.

12.     For these reasons, the Debtors believe that the relief requested should be granted as it is in the best interests of the Debtors and their estates and will reduce the administrative burdens on the Court and all parties in interest.

### NOTICE AND PRIOR APPLICATION

13.     Notice of this Motion has been given to (a) the Office of the United States Trustee of this District; (b) relevant state taxing bodies; (c) the twenty (20) largest unsecured creditors of the Debtors; and (d) the Debtors' secured creditors. In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

### CONCLUSION

WHEREFORE, the Debtors respectfully request that this Court enter an order, in substantially the form attached as the proposed order, (i) directing the joint administration of the

4

Debtors' chapter 11 cases and the consolidation therefore for procedural purposes only; and (ii)

granting such other relief as this Court may deem just and proper.

> Branislav Zuric , Zuric Builders LLC- 811 West
> Lawrence, Zuric Builders LLC- 5760-5772 N.
> Lincoln, Zuric Builders LLC- 932 West Diversey and
> Zuric Builders LLC- 5321 North Lincoln 2D,
>
>
> By : /s/O. Allan Fridman
> One of Their Proposed Attorneys

O. Allan Fridman
555 Skokie Blvd. Suite 500
Northbrook, IL 60062
847-412-0788
Attorney Code: 6274954