UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACQUELINE P. COX | Hearing Date | April 24, 2014 |
| Bankruptcy Case No. | 14 B 09929 | Adversary No. | |
| Title of Case | Zuric Builders LLC - 5321 N. Lincoln-2D | | |

**Brief Statement of Motion:** Motion to Authorize Receiver to Retain Possession of Property Pursuant to Section 543(d) (Docket #6)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

**IT IS HEREBY ORDERED** that a Response is due on or before 4/30/14; Reply is due on or before 5/8/14. Status hearing continued to 5/15/14 at 10:30 a.m. Courtroom 680, 219 S. Dearborn St., Chicago, IL 60604.

Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99